# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-3628
_____

IDARMIS SANTOVENIA,

Appellant,

v.

EXPRESS EMPLOYMENT
PROFESSIONALS and SEDGWICK
CMS,

Appellees.

_____

On appeal from an order of the Office of the Judges of Compensation Claims.
Frank J. Clark, Judge.

Date of Accident: May 4, 2016.

September 14, 2022

PER CURIAM.

AFFIRMED. *McArthur v. Mental Health Care, Inc./Summit Claims Ctr.*, 35 So. 3d 105 (Fla. 1st DCA 2010).

B.L. THOMAS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bram J. Gechtman, Law Offices of Bram J. Gechtman, PA, Miami, for Appellant.

Scott A. Beatty, Henderson, Franklin, Starnes & Holt, P.A., Naples, and David H. Roos, Henderson, Franklin, Starnes & Holt, P.A., Fort Myers, for Appellees.